**Kenjay Albert BROWN, Petitioner-**
**Appellant,**

v.

**Justin ANDREWS, Respondent-**
**Appellee.**

No. 15-7973

United States Court of Appeals,
Fourth Circuit.

Submitted: May 11, 2017

Decided: June 1, 2017

Kenjay Albert Brown, Appellant Pro Se.

Before SHEDD, KEENAN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenjay Albert Brown, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Brown v. Andrews*, No. 5:15-hc-02200-F (E.D.N.C. Dec. 9, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*